

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00867-CV

Mateo **PEREZ**,
Appellant

v.

Gabrielle **MEJIA**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-12831
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED for a new trial. Costs of the appeal are taxed against Appellee Gabrielle Mejia.

SIGNED September 23, 2020.

_____
Rebeca C. Martinez, Justice